UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH E. WOODHOUSE,<br><br>Petitioner,<br><br>v.<br><br>H. B. ANGLEA, Warden,<br><br>Respondent. | Case No. 19-cv-04546-YGR (PR)<br><br>**ORDER DIRECTING PAYMENT OF FILING FEE OR FILING OF DOCUMENTS IN SUPPORT OF *IN FORMA PAUPERIS* APPLICATION** |

On August 5, 2019, Petitioner has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, Petitioner did not pay the requisite $5.00 filing fee or file an application for leave to proceed *in forma pauperis* ("IFP"). Also, on the same date, the Clerk of the Court sent Petitioner a notice directing him to pay the filing fee or to file a completed IFP application. Dkt. 3. On September 12, 2019, Petitioner filed a completed IFP application form, but he did not file copies of his Certificate of Funds and prisoner trust account statement. Dkt. 4.

On September 18, 2019, the Clerk issued a second notice directing him to pay the filing fee or to file copies of his Certificate of Funds and prisoner trust account statement. To date, Petitioner has not done so, and the time for doing so has passed. Instead, Petitioner claims that his IFP motion was "already granted" in his previously-filed action, Case No. C 18-1874 YGR (PR). Dkt. 4 at 6. The Court notes that Petitioner's prior petition was dismissed for failure to exhaust state court remedies. *See* Dkt. 13 in Case No. C 18-1874 YGR (PR). The dismissal was without prejudice to Petitioner's returning to federal court after exhausting his state court remedies. Dkt. 13 at 9 in Case No. C 18-1874 YGR (PR). It seems that Petitioner has now returned after attempting to exhaust his state court remedies. *See* Dkt. 1. However, the Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or completed an IFP application with supporting documents. *See* 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor). Contrary to his assertions, it matters not that Petitioner was previously granted IFP status in his prior action, Case No. C 18-1874 YGR (PR).

Accordingly, Petitioner shall either pay the requisite $5.00 filing fee or submit the aforementioned supporting documents for the IFP application in this action no later than **twenty-eight (28) days** from the date of this Order. He shall include with his payment or filings a clear indication that it is for the above-referenced, Case No. C 19-4546 YGR (PR). **Failure to pay the filing fee or file the requisite documents shall result in dismissal of this action with no further warnings.**

The Clerk shall send Petitioner a blank prisoner IFP application form along with his copy of this Order.

IT IS SO ORDERED.

Dated: November 12, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge